UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **MARIA GOMEZ, et al**<br>       Plaintiffs<br><br>          Vs.<br>**DOCTORS CENTER HOSPITAL SAN JUAN, et al,**<br>    Defendants. | **CIVIL NO.  11-1297 (CCC)**<br><br>**PLAINTIFFS DEMAND<br>TRIAL BY JURY** |

## MOTION FOR PARTIAL VOLUNTARY DISMISSAL WITH PREJUDICE

**TO THE HONORABLE COURT:**

**COME NOW** plaintiffs through their undersigned attorney and very respectfully **STATE, ALLEGE AND PRAY:**

1. That as per confidential agreements with co-defendants **Doctors Center Hospital San Juan, Inc. , Doctors' Center Hospital, Inc. and Dr. Roberto Ruiz López and his Conjugal Partnership** , and subject to the terms of the agreement plaintiffs hereby voluntarily dismiss with prejudice the captioned case and without imposition of costs or attorney's fees.

2. That this dismissal is only as to co-defendants **Doctors Center Hospital San Juan, Inc. Doctors' Center Hospital, Inc. and Dr. Roberto Ruiz López and**

**his Conjugal Partnership** and not as to the remaining defendant, therefore, this case will continue against **Dr. Jorge Rodríguez Wilson**.

3.	Plaintiffs will proceed to trial as scheduled against **Dr. Jorge Rodriguez Wilson.**

WHEREFORE, plaintiffs respectfully request this Honorable Court to take notice of the above and consequently enter an order dismissing the captioned case as to the aforementioned defendants, with prejudice and without imposition of costs or attorney's fees.

**RESPECTFULLY SUBMITTED.**

I HEREBY CERTIFY: that on this same date a true and faithful copy of the foregoing document has been filed using the CM/ECF system which will send copy of this document to all counsel of record.

In San Juan, Puerto Rico, this 12th day of July, 2013.

S/ Rafael E. García Rodón
**RAFAEL E. GARCIA RODON**
USDC-PR 129911
Banco Popular de PR Bldg.
206 Tetuan Street
7TH Floor, Suite 701
San Juan, PR 00901
Tel. (787) 722-7788
Fax (787) 722-7748
E-mail: rgrlaw@gmail.com
